The Honorable Ricardo S. Marinez

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> AUSHA PIGOTT, <br><br> Defendant. | No. CR07-264RSM <br><br> ORDER GRANTING DEFENDANT'S MOTION TO SEAL APPENDIX 1 TO SENTENCING MEMORANDUM |

Having reviewed Defendant's Motion to Seal Appendix 1 to Sentencing Memorandum and having reviewed Appendix 1 to Defendant's Sentencing Memorandum, and because Appendix 1 contains personal identifiers of non-parties, there is good cause to seal this document.

It is here by ORDERED that Appendix 1 to Defendant's Sentencing Memorandum shall remain filed under seal.

Dated this 7th day of February, 2008.

*[signature]*
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER GRANTING DEFENDANT'S MOTION TO
SEAL APPENDIX 1 TO SENTENCING
MEMORANDUM - 1

LAW OFFICE OF
SUZANNE LEE ELLIOTT
1300 Hoge Building
705 Second Avenue
Seattle, Washington 98104
(206) 623-0291